UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FATHIREE ALI #175762,

Plaintiff,

NO. 1:22-cv-287

v

HON. JANET T. NEFF

SUSAN KNIGHT, CHERYL PITTS, GREGORY TORREY, KIRSTEN LOSINSKI, and HEIDI WASHINGTON,

MAGISTRATE JUDGE SALLY J. BERENS

Defendants.

---

Fathiree Ali #175762
*In Pro Per*
Saginaw Correctional Facility
9625 Pierce Rd.
Freeland, MI 48623

Jennifer A. Foster (P75947)
Assistant Attorney General
Attorney for Defendants
Michigan Dept. of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
Fosterj15@michigan.gov

---/

**INDEX OF EXHIBITS**
**FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit A ........ Affidavit Defendant Losinski

Exhibit B ........ Affidavit Defendant Pitts

Exhibit C ........ Work Records

Exhibit D ........ Policy Directive 05.01.100

Exhibit E ........ Affidavit Defendant Torrey

Exhibit F ........ Relevant Pages of Plaintiff's Deposition Transcript

Exhibit G ........ Policy Directive 03.02.130

Exhibit H ........ Grievance

Exhibit I ........ Affidavit Defendant Knight