# Exhibit C

# Work Records

MICHIGAN DEPARTMENT OF CORRECTIONS – Health Care Services · Rev 2/2014

Exhibit C

A nursing chart review was performed to determine fitness to work in the following assignments identified.

FOOD SERVICE ASSIGNMENT

☑ Prisoner is medically cleared to work in Food Service. (PD 04.07.103)

☐ Prisoner is not cleared to work in Food Service.

HEALTHCARE ASSIGNMENT

☐ Prisoner is medically cleared to work in Healthcare. (PD 03.04.120)

☐ Prisoner is not cleared to work in Healthcare.

Reviewer's Signature and Title: [signature] Date: 11·16·18

OTHER ASSIGNMENT

A nursing chart review was performed to determine fitness to work in the following assignments identified.

Specific assignment for which review is being requested: Food Service

Name and Title of person requesting the nursing chart review: S. Cline, Classification Director

☐ Prisoner is medically cleared to work all work and school assignments.
If prisoner has medical limitations, list below. If no limitations, indicate "NONE".

☑ Prisoner is medically cleared to work in the assignment identified above.
If prisoner has medical limitations, list below. If no limitations, indicate "NONE".

☐ Prisoner is not cleared to work in the assignment identified. Restriction is temporary, may be reconsidered for the assignment at a later date.

☐ Prisoner is not cleared to work in the assignment identified. Restriction is permanent.

Reviewer's Signature and Title: [signature] Date: 11·16·18

| HEALTH WORK ASSIGNMENT CLEARANCE | Patient Identification |
|---|---|
| | Name: ALI |
| | Number: 175762 FI-136 |
| | D.O.B. |

DISTRIBUTION: Health Record; Institutional File; Counselor File; Classification

MICHIGAN DEPARTMENT OF CORRECTIONS

CSJ-363
REV. 09/06
4835-3363

# PRISONER PROGRAM AND WORK ASSIGNMENT EVALUATION

| Prisoner Name (last) (first) (middle initial) | Prisoner No. | Lock No. | Institution Code |
|---|---|---|---|
| Ali | 175762 | F1-136 | LCF |
| Assignment Name: Food Service | Assignment No. | Date Assigned | Date Evaluated |
| Assignment Classification: ☐ Student ☒ Unskilled ☐ Semi-Skilled ☐ Skilled ☐ Other | Race | Date Terminated | Will Take Back ☐ Yes ☐ No |

| Circle the number beside each statement which describes the prisoner's work/school assignment performance: | 3 or more exceptions | 1-2 exceptions | No exceptions |
|---|---|---|---|
| 1. The prisoner was on time. | 0 | 2 | 3 |
| 2. The prisoner came on the correct days. | 0 | 2 | 3 |
| 3. The prisoner followed all safety rules. | 0 | 2 | 3 |
| 4. The prisoner followed all other rules. | 0 | 2 | 3 |
| 5. The prisoner followed the assignment authority's instructions. | 0 | 2 | 3 |
| 6. The prisoner cooperated with the assignment authority, followed the working chain of command and refrained from arguing about assignments. (Working relationship with Authority) | 0 | 2 | 3 |
| 7. The prisoner discussed work/education related problems with peers/tutor, listened to peer's/tutor's point of view, encouraged discussion without argument and limited disruptive vocalizations. (Communication with Peers) | 0 | 2 | 3 |
| 8. The prisoner did the assignment share of the work/education assignment, remained in the assigned area until the end of the shift and engaged in no horseplay. (Teamwork with Peers) | 0 | 2 | 3 |
| 9. The prisoner kept a neat, clean and well groomed personal appearance, suitable for the assignment. | 0 | 2 | 3 |
| 10. The prisoner did job/education tasks according to the job/education description. | 0 | 2 | 3 |
| 11. The prisoner kept the work area neat and clean. | 0 | 2 | 3 |
| 12. The prisoner worked without constant supervision or direction when appropriate. | 0 | 2 | 3 |
| 13. The prisoner was willing to perform additional duties or stay beyond scheduled time. When asked, the prisoner did not argue or complain and performed additional assignments in a satisfactory manner. | 0 | 2 | 3 |
| REVIEWED: Prisoner's Signature: Date: | COLUMN TOTAL: | | |
| | TOTAL SCORE: | | |

I RECOMMEND:

☐ Entry Pay with 30 Days Conditional · Below Average Score 0-27 ☐ Status Pay Satisfactory · Average Score 28-34
☐ * Above Average Score 35-39 ☐ Bonus Pay for Food Service Workers ☐ Termination ☐ Close Supervision

**Fill in the appropriate information for school programming** ** No notations in the 3 or more exceptions column.*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14. Academic CBI Modules in Progress | ☐ N/A | Subject | | | | | |
| | | Letter/Number | / | / | / | / | / |

15. GED Test Version I II III IV V — Avg. Standard Score — Date Tested

16. Voc Ed Program in Progress ☐ N/A — Duties (capital letter) Completed. If duty not complete, print duty letter & task (number) completed.

17. Pre-Release/Job Seeking Skills Completed ☐ YES ☐ NO — Date Completed:

18. Completed training to operate the following machinery or equipment: — Date Completed:

19. Attendance — Hours Attended — Hours Missed

COMMENTS AND RECOMMENDATIONS:

Per classifications, Ali is refusing work by not completing his Orientation acknowledgements. He is refusing to sign off on his Orientation training that he received on 12/4/18. 00 possibility was explained to him.

| Evaluator's Signature | Supervisor's Signature [signature] |
|---|---|
| Evaluator's Printed Name and Title | Supervisor's Printed Name and Title: G Torrey, FSD |

DISTRIBUTION: White – Record Office; Green – Assignment Supervisor; Canary – School Principal/Classification Director; Pink – RUM; Goldenrod – Prisoner

# MICHIGAN DEPARTMENT OF CORRECTIONS
# PRISONER WORKER SAFETY TRAINING RECORD

CAJ-900
3/07
4835-0900

Facility: LCF

Upon completion of any safety and health training, the supervisor will record the training information listed below. The supervisor will maintain and update this training record for each prisoner worker. Copy this form as needed.

(Please Print)

| | |
|---|---|
| PRISONER NAME: Ali | PRISONER#: 175762 |
| JOB TITLE: FS Worker Dining Room | DATE OF HIRE: 12-[illegible]-18 |
| OFFICE/DIVISION: FS | SUPERVISOR: Torrey |

TRAINING REQUIRED FOR ALL PRISONER WORKERS

| TRAINING | SUPERVISOR | WORKER INITIALS | DATE |
|---|---|---|---|
| General Safety Orientation | [signature] Cook-7 | | |
| Hazard Communication -- Right To Know | [signature] Cook-7 | | |
| Personal Protective Equipment | [signature] Cook-7 | | |
| HAACP-Food Safety | [signature] Cook-7 | | |
| Fire Safety | [signature] Cook-7 | | |
| | | | |

OTHER JOB SPECIFIC SAFETY TRAINING: (Safety training matrices in Section 4 of the MDOC Occupational Safety and Health Policy and Procedures Manual provide a list of required safety and health training by type of work.)

| TRAINING | SUPERVISOR | WORKER INITIALS | DATE |
|---|---|---|---|
| Hobart Slicer | | | |
| Ovens | | | |
| Mixer | | | |
| Kettles | | | |
| Hot Boxes | | | |
| Dishmachine | | | |
| Trash compactor | | | |
| Grinder | | | |
| Blender | | | |
| Toaster-JSA | [signature] Cook-7 | | |
| Floor Buffer | | | |
| Meat Slicer | | | |
| Cold Table-JSA | [signature] | | |
| Steam Table-JSA | [signature] Cook-7 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I have been oriented [illegible] my medical history is personal and will not be disclosed. I refuse to sign these papers as they may subject me to legal action unknown to me. ~~[illegible]~~ I agree to work in those areas which does not burden my religious practice. ~~[illegible]~~ the FS Supv Torrey & Classification Directors states irregardless of my belief, I have to handle food that oppose Islam and will cause me to sin. My religious practice should not be compromised.

Original: Assignment Supervisor (no copies)

## Michigan Department of Corrections
## Offender Callout Management System
## Work / School Offender Termination Supervisor Memo

**Date:** 2/8/2019

**From:** Classification / School

**To:** LAWRENCE, DEBORAH K

**Subject:** Prisoner Terminated from Assignment

The following prisoner has been terminated from a work / school assignment in your area.

**Offender Information**

| Number | Name | Unit | Lock |
|---|---|---|---|
| 175762 | ALI, FATHIREE | F1 | 136 |

**Assignment Information**

| Assignment Name | Position Number | Assignment Location |
|---|---|---|
| 694 - Food Service | FSS-004 | Food Service Officer |

**Schedule**

| | | |
|---|---|---|
| Saturday | 5 15 | 1000 |
| Saturday | 1115 | 1430 |
| Saturday | 1700 | 2000 |
| Friday | 5 15 | 1000 |
| Friday | 1115 | 1430 |
| Friday | 1700 | 2000 |
| Tuesday | 5 15 | 1000 |
| Tuesday | 1115 | 1430 |
| Tuesday | 1700 | 1900 |
| Monday | 5 15 | 1000 |
| Monday | 1115 | 1430 |
| Monday | 1700 | 2000 |
| Sunday | 5 15 | 1000 |
| Sunday | 1115 | 1430 |

**End Date**
02/08/2019

**Removal / Termination Reason:** medical layin Over 30days