# Exhibit F

# Relevant Pages from

# Deposition Transcript

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

FATHIREE ALI #175762,

Plaintiff,

v

CASE No. 1:22-cv-287

HON. JANET T. NEFF

MAG. SALLY J. BERENS

SUSAN KNIGHT, CHERYL PITTS, GREGORY TORREY, KIRSTEN LOSINSKI, and MICHIGAN DEPARTMENT OF CORRECTIONS,

Defendants.

VIDEOCONFERENCE DEPOSITION OF

FATHIREE ALI

Taken by the Defendants on the 18th day of March 2024, at 10:30 a.m, via videoconference. The witness was located in Saginaw, Michigan.

Nicole K. Brooks, CER 9224
Certified Electronic Recorder
Esquire Deposition Solutions
Firm Registration Number 8035

APPEARANCES:

For the Plaintiff:
FATHIREE ALI #175762
In Pro Per
Saginaw Correctional Facility
9625 Pierce Road
Freeland, Michigan 48623

For the Defendants:
JENNIFER A. FOSTER, ESQ. (P75947)
Assistant Attorney General
Michigan Department of Attorney General
Corrections Division
P.O. Box 30217
Lansing, Michigan 48909
(517) 335-3055
Fosterj15@michigan.gov

Via Videoconference
Monday, March 18, 2024 - 10:30 a.m.
THE REPORTER: We are now on the record at 10:30 a.m., on Monday, March 18, 2024, to take the deposition of Fathiree Ali in the case Fathiree Ali versus Susan Knight, et al.
My name is Nicole Brooks, Notary Public and Digital Reporter for Esquire Deposition Solutions in the state of Michigan. I will be capturing the verbatim record of today’s testimony using electronic audio equipment, a computer, and specialized recording software, which is not a form of stenography.
The witness is located in Saginaw, Michigan and has confirmed his identity with a Michigan Department of Corrections photograph.
Will everyone in attendance please identify yourselves for the record and state who you represent, please.
MS. FOSTER: My name is Jennifer Foster, assistant attorney general. And I represent the Defendants, the MDOC Defendants in this case.
THE REPORTER: Perfect. Absent any --
MR. ALI: My name is --
THE REPORTER: Go ahead, sir.
MR. ALI: My name is Fathiree Ali, and I am a

plaintiff.

THE REPORTER: Perfect. Absent any objection at this time, counsel and the witness agree to my administration of the oath to this witness and that the final transcript may be used for all purposes allowed by the local rules of civil procedure.

MS. FOSTER: I agree.

MR. ALI: Agreed.

THE REPORTER: Thank you. Hearing no objection, this shall constitute agreement and stipulation of such, and I will now swear in the witness.

Mr. Ali, would you raise your right hand, please, sir? Do you solemnly swear or affirm that the testimony you're about to give today, sir, will be the truth, the whole truth and nothing but the truth?

MR. ALI: Yes.

THE REPORTER: You're all set. Thank you.

FATHIREE ALI

having been called by the Defendants and sworn:

EXAMINATION

BY MS. FOSTER:

Q Good morning, Mr. Ali.

A Good morning.

Q I know that you have had your deposition taken before, but I am going to go over some reminder ground rules before we

contact with you, you know, you're supposed to wash the dishes. So you can wash the dishes.
Q So when it comes to handling food, not -- not talking about the serving part. But when talks to handling of food that violates your religious beliefs, how much handling of food is too much? Where does it cross the line of violating your religious beliefs?
A It crosses the line when you -- if I am understanding your question correctly, it crosses the line as soon as you either -- picking it up and -- and passing it on. This is not like --
Q So --
A Go ahead.
Q I'm sorry, go ahead.
A This is not, like, let's say if it was -- the meat was in a box, and it wasn't -- you know, the meat in the box wasn't prepared, if you know where the box is going, I couldn't take the box to the line. You know, but as far as taking it off the truck and putting it on a cart, you know, you know it's going to a freezer. That's, like, a gray area to me, and I don't -- you know, but it's not, like, a heavy violation, if I can put it like that.
Q So touching the food itself doesn't become a violation until you know that it's going to be delivered to other people; is that accurate?

potatoes, and then, the next person will put on the meat.
A Yes.
Q So there's -- there's more than one person working on the food serving line; correct?
A Yes, yes.
Q So what -- what food were you serving?
A Sometimes -- now, the one -- what I am going to explain to you about the line, I was explaining about how they do here at Saginaw.
Q Oh, okay.
A Whereas -- okay. However, here -- which is more appropriate, because the person who initiates the line, he's handling let's say non-haram food or halal food for the most part. I mean, I see vegetables cake, you know, mustard, stuff like that. And the very last person is the one who determines whether or not the other food goes in there.
Lakeland was just the opposite, they will put the main course -- the very first person put the main course on the tray, and then he passes it down, and then he put the vegetables. So whoever the last person is -- if you're in the middle, you're going to still pass that next tray.
Q I see. So they are putting the meat on first, and then the tray gets passed down to the person putting on the vegetables, and then -- and so on. So you -- even if you weren't the one physically putting the meat on the tray --

A Yes.
Q -- because when the tray gets to you, it has meat on it --
A Yes.
Q -- and you put on the vegetables and pass --
A Yes.
Q -- it on. You have still served that food; is that correct?
A Yes, exactly correct.
Q Okay. I understand now.
A Okay. And there were situations -- there were other situations where I had to actually handle the meat. You know, where --
Q What were the situations where you had to handle the meat?
A I must have pissed someone off that day or whatever, because it's, like -- you have what's called -- to you, you're familiar with, like, the Hamburger Helper for the most part, with it -- oh, goulash, that's what it's called. Goulash. So they had the goulash. So I had to be the person -- I (inaudible) what the first meal was, but the second person had to put the goulash on there. So I had to put the goulash on the tray. And the other part --
Q That was just the one day or --
A No, it wasn't -- it wasn't just one day. It's, like, -- and this is, like, it's between dinner, because the person who works the line, he works all three meals. Now, some of the other assignments, he might just come in from 6:00 o'clock

THE WITNESS: Please.

THE REPORTER: Yes of course. Thank you for that, Ms. Foster. I wasn't even thinking about that, that would make things a lot easier. Your -- the job number is going to be J10980020.

(Off the record interruption)

(Deposition concluded at 12:15 p.m. )

CERTIFICATE

I, Nicole K. Brooks, a Certified Electronic Recorder and Notary Public within and for the State of Michigan, do hereby certify:

That this transcript, consisting of 60 pages, is a complete, true, and correct record of the testimony of Fathiree Ali, given in this case on March 18, 2024, and that the deponent was duly sworn to tell the truth.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am not interested in the outcome of this matter, financial or otherwise.

IN WITNESS THEREOF, I have hereunto set my hand this 27th day of March, 2024.

Nicole K. Brooks, CER 9224
Notary Public, State of Michigan
County of Macomb
My commission expires: 12/20/2028