# Exhibit H

# Grievance

Exhibit H

STATE OF MICHIGAN
DEPARTMENT OF CORRECTIONS
LANSING

GRETCHEN WHITMER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

**STEP III GRIEVANCE DECISION**

105804

20Z

**To Prisoner:** Ali **#:** 175762

**Current Facility:**

**Grievance ID #:** LCF-18-12-1257-20Z

**Step III Received:** 3/19/2019

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances". Upon examination it has been determined that your issue was in fact considered, investigated, and a proper decision was rendered.

**THE STEP III APPEAL IS DENIED.**

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

**Richard D. Russell, Manager Grievance Section, Office of Legal Affairs**

**Date Mailed:** MAR 26 2019

**cc: Warden, Filing Facility:**

1/16

MICHIGAN DEPARTMENT OF CORRECTIONS

# PRISONER/PAROLEE GRIEVANCE APPEAL FORM

4835-4248 5/09
CSJ-247B

Date Received by Grievance Coordinator at Step II: 2-1-19

Grievance Identifier: LCF/18/12/1357/03Z

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE. The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

RECEIVED - MDOC
MAR 19 2019
Office of Legal Affairs

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: 6KC by 1-17-19. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| ALI | 175762 | LCF | F1-136 | 12/21/18 | 1/25/19 |

**STEP II** — Reason for Appeal

THIS STEP [illegible] WAS RECEIVED ON 12/2[illegible]/18, AS [illegible] BY THE 2ND SHIFT OFFICERS WHO PLACED IT IN MY LOCKER WHILE I WAS ON A VISIT. ANY ITEMS IS NOT PART OF GRIEVANCE.

Respondent [illegible] and practice that Grievant can wash his [illegible] any [illegible] their beliefs but it does not [illegible] the aims of Grievant's beliefs. Respondent and parties [illegible], and [illegible], Grievant to [illegible] by threats of disciplinary actions. In Islam, these are strictly prohibited. [illegible] and 2:[illegible], Respondent's policy, procedures, work rules [illegible] religious [illegible] by belief, and [illegible] through established federal, state and constitutional law. The grieved parties have placed a substantial burden on Grievant's religious exercise as a result of their actions and intentional [illegible] to violate his faith's commandments unlike other similar situated persons. I continue to [illegible] my Step I answers.

**STEP II** — Response

This grievance and response have been reviewed by the Warden's office in accordance with PD 03.02.130 and the Step I response is supported at Step II. An extension was requested for this grievance for information gathering. Appeal is denied at Step II.

Date Received by Step II Respondent:

NOAH NAGY
Respondent's Name (Print)

[signature]
Respondent's Signature

3/8/19
Date

Date Returned to Grievant: 3-11-19

**STEP III** — Reason for Appeal

On 2/25/19, after Respondent did not timely answer Step 2, an appeal was filed. Rather than respond, this office sent the appeal back to LCF's Warden Nagy. Nagy denied the appeal, as it is his custom and policy to enforce rules that humiliate, retaliate and substantially burden Muslim adherents - Grievant's - religious exercise in violation of established laws. In support of this appeal are my Step 3 filed on 2/25/19, and Step I & 2 claims.

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS

4835-4247 10/94
CSJ-247A

# PRISONER/PAROLEE GRIEVANCE FORM

Date Received at Step I 12/21/18 Grievance Identifier: LCF 18 12 2012 27 02 0 Z

**Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| ALI | 175792 | LCF | F1-136 | 12/21/18 | 12/23/18 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 12/21/18
If none, explain why.
I addressed my religious right with staff, and was told to file a grievance. I now seek redress concerning the violations of my constitutional rights, and request that I not be further retaliated.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

Grievant Ali was interviewed to work in the kitchen. He told Food Service Mgrs. Torrey and Pitts, and Classification Director Lozinski his religious beliefs prohibited him from serving or handling haram foods (e.g. meats not slaughtered Islamically, pork, etc.) and requested to be assigned to a position, which would allow him to avoid handling haram foods. They then told Ali that the prison would take disciplinary actions against him if he refused orders to serve or handle haram food items. Grievant was assigned to work in the kitchen to "Roast detail". On 12/21/18, FS Knight assigned Ali to serve on the food service line. Ali complained about being required to serve haram food items. Knight ordered Ali to serve a meat based gravy. Ali's belief was continuously raped as he was forced to commit sins and issue haram foods to over 400 prisoners.

The forceful and coercive actions of the parties herein, requiring Ali to repeatedly sin and defile himself by doing something that is completely forbidden by his religion placed a substantial burden on his right to free exercise of religion, is cruel and unusual punishment, and violative of the Equal protection clause, state and federal laws.

Grievant's Signature

RESPONSE (Grievant Interviewed? ☒ Yes ☐ No If No, give explanation. If resolved, explain resolution.)

See attached statement

Respondent's Signature ______ Date 1/14/19 Reviewer's Signature ______ Date 1/15/19

Respondent's Name (Print) ______ Working Title ______ Reviewer's Name (Print) Huff Working Title ADW

Date Returned to Grievant: 1/15/19

If resolved at Step I, Grievant sign here. Resolution must be described above. Grievant's Signature ______ Date ______

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One, Goldenrod — Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS

CSJ-247S – DRAFT 6/2018

## STEP I GRIEVANCE RESPONSE SUPPLEMENTAL FORM

| | | | | | |
|---|---|---|---|---|---|
| **Grievance #:** | LCF-18-12-1257-20Z | **Prisoner Interviewed:** | YES ☒ NO ☐ | **IF NO, GIVE REASON** | Interview Performed |
| **Prisoner Name:** | ALI | | | | |
| **Prisoner #:** | 175762 | | | | |

**COMPLAINT SUMMARY:**

PRISONER FEELS HE SHOULD NOT HANDLE NON HAHAL/KOSHER FOOD WHILE WORKING IN FOOD SERVICE. THIS VIOLATES HIS RELIGIOUS BELIEFS .

**INVESTIGATION SUMMARY:**

PRISONER WAS ASSIGNED TO LAKELAND FOOD SERVICE ON 12/21/18 AND ASSIGNED TO THE SERVING LINE. PRISONER WANTS A DIFFERRENT JOB.

**APPLICABLE POLICY, PROCEDURE, ETC.:**

PD 05.01.100PRISONER PROGRAM CLASSIFICATION
PD 05.03.150RELIGIOUS BELIEFS AND PRACTICES OF PRISONERS

**DECISION SUMMARY:**

PD 05.01.100 PRISONER PROGRAM CLASSIFICATION and PD 05.03.150RELIGIOUS BELIEFS AND PRACTICES OF PRISONERS. BOTH POLICY DOESN'T RESTRCIT A PRISONER FROM WORKING IN FOOD SERVICE ON THE SERVING LINE.
ALSO IN RESEARCHING THIS ISSUE THERE IS NO ISSUES WITH A PERSON SERVING OR TOUCHING NON HALAL OR KOSHER FOOD, THEY JUST MUST PROPERLY WASH THEIR HANDS PRIOR TO TOUCHING HALAA/KOSHER FOOD.

NO VIOLATION OF POLICY, PROCEDURE OR WORK RULES .

GRIEVANCE DENIED

| | | | |
|---|---|---|---|
| **As reported on CSJ-247A Step I Prisoner/Parolee Grievance Form:** | Resolved: ☐ | Partially Resolved: ☐ | Denied: ☒ |
| **RESPONDENT NAME:** | J. HOUTZ | **TITLE:** | RUM OF PROGRAMS/HOUSING |
| **RESPONDENT SIGNATURE:** | [signature] | **DATE:** | 1/9/19 |
| **REVIEWER NAME:** | R. AULT | **TITLE:** | ADW |
| **REVIEWER SIGNATURE:** | [signature] | **DATE:** | 1/18/19 |

Distribution: Original - Step I Grievance Coordinator Copies – 3 To grievant for personal copy and potential Step II and III appeals.