# Exhibit I

# Affidavit

# Defendant Knight

Exhibit I

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FATHIREE ALI #175762,

Plaintiff,

v

SUSAN KNIGHT, CHERYL PITTS, GREGORY TORREY, KIRSTEN LOSINSKI, and MICHIGAN DEPARTMENT OF CORRECTIONS,

Defendants.

NO. 1:22-cv-287

HON. JANET T. NEFF

MAGISTRATE JUDGE SALLY J. BERENS

---

Fathiree Ali #175762
*In Pro Per*
Saginaw Correctional Facility
9625 Pierce Rd.
Freeland, MI 48623

Jennifer A. Foster (P75947)
Assistant Attorney General
Attorney for Defendants
Michigan Dept. of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
Fosterj15@michigan.gov

---/

AFFIDAVIT OF SUSAN KNIGHT

I, Susan Knight, do solemnly swear and say:

1. If sworn as a witness, I can testify competently and with personal knowledge to the facts contained within this affidavit.
2. At the time the allegations in the complaint arose, I was employed by the Michigan Department of Corrections as a Cook Supervisor at Lakeland Correctional Facility. My employment with Trinity Food Service ended in July 2018.
3. Mr. Ali was classified to work in food service by the Classification Director.

4. Like all others who get assigned to food service, the initial assignment is in the dining room. This meant, that in some capacity, Mr. Ali would be serving food on the food line. There are multiple serving spots on the line and not every position on the line is serving meat.
5. Mr. Ali claimed that he could not serve on the line, because serving the food would violate his religious beliefs.
6. I have never before had a prisoner claim they could not serve the food based on their religious beliefs.
7. I am not involved in the classification process or involved with requests for religious accommodations.
8. My job is to supervise prisoner workers and make sure the serving process runs as smoothly as possible for over 1200 prisoners at each meal, each day.
9. Mr. Ali was not forced to work in food service. He had the choice to sign off of the work assignment, just like every other prisoner has as an option. If he believed the work violated his religious beliefs, he could have refused the assignment.
10. At no time did I violate Mr. Ali's constitutional rights.
11. At all times I acted in accordance with my capacity as a Food Service Supervisor, in good faith, within the scope of my authority, and in accordance with my understanding of the statutes, rules and policies governing the Michigan Department of Corrections.

AFFIANT SAYS NOTHING FURTHER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 5-14-2024

Susan Knight