UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - KZ
September 25, 2024 1:07 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_mg_ Scanned by mg 9/25/24

FATHIREE ALI,
Plaintiff,

vs

SUSANNE KNIGHT, et. al
Defendants.
_______________________/

Case No. 1:22-cv-287
Honorable Janet T. Neff
Magistrate Sally J. Berens

DECLARATION OF FATHIREE ALI

I, Fathire Ali, declares as follows:

1. That I am competent and can testify to the information below based on my personal knowledge, observations and experiences. I hereby certify that the following facts are correct and true.

2. On the 9th day of September, 2024, legal mail from the United States District Court was delivered to the Thumb Corr. Facility.

3. Thump prison officials delayed delivery of this mailing until the evening of the 16th day of September, 2024, when C/O Botus inspected and delivered the mail to Ali.

4. The contents of the mail contained this Court's September 6, 2024 Order (ECF No. 54). While I did sign for receipt of the legal mail, I was not given a copy of the receipt.

5. Both Thumb and Saginaw Correction Facilities have repeatedly delayed delivering my legal mail from these proceedings.

AFFIANT SAYS NOTHING FURTHER.

I declare under the penalty of perjury that the above statements are true and correct.

Executed on: September 18, 2024

FATHIREE ALI

FATHIREE ALI, #175762
Thumb Corr. Facility
3225 John Conley Dr.
Lapeer, MI 48446

METROPLEX MI 480
23 SEP 2024 PM 8 L

US POSTAGE PITNEY BOWES
ZIP 48446 $ 000.97⁰
02 4W
0000376850 SEP 20 2024

Office of the Clerk
United States District Court
107 Federal Bldg.
410 W. Michigan Ave.
Kalamazoo, MI 49007

49007-374628