CHJ-657
Rev 2/2014

MICHIGAN DEPARTMENT OF CORRECTIONS – Health Care Services

A nursing chart review was performed to determine fitness to work in the following assignments identified.

**FOOD SERVICE ASSIGNMENT**

☒ Prisoner is medically cleared to work in Food Service. (PD 04.07.103)

☐ Prisoner is not cleared to work in Food Service.

**HEALTHCARE ASSIGNMENT**

☐ Prisoner is medically cleared to work in Healthcare. (PD 03.04.120)

☐ Prisoner is not cleared to work in Healthcare.

C. Gross RN — Reviewer's Signature and Title

1-14-24 — Date

**OTHER ASSIGNMENT**

A nursing chart review was performed to determine fitness to work in the following assignments identified.

Specific assignment for which review is being requested __________

Name and Title of person requesting the nursing chart review __________

☐ Prisoner is medically cleared to work **all** work and school assignments.
If prisoner has medical limitations, list below. If no limitations, indicate "NONE".

☐ Prisoner is medically cleared to work in the assignment **identified above.**
If prisoner has medical limitations, list below. If no limitations, indicate "NONE".

☐ Prisoner is not cleared to work in the assignment identified. Restriction is temporary, may be reconsidered for the assignment at a later date.

☐ Prisoner is not cleared to work in the assignment identified. Restriction is permanent.

Reviewer's Signature and Title __________ Date __________

| HEALTH WORK ASSIGNMENT CLEARANCE | Patient Identification<br>Name: Ali Fathiree<br>Number: 175762<br>D.O.B. 12-3-63 |
|---|---|

DISTRIBUTION: Health Record; Institutional File; Counselor File; Classification

EXHIBIT
A