EXHIBIT B

THUMB CORRECTIONAL FACILITY

Housing Unit : DB

Offender Daily Schedule

Effective Date : 08/27/2024 ( Tuesday )

Offender : 175762- ALI, FATHIREE

Wing : B Lock : Bot - 096

| Callout / Assignment - Description | Reporting Station | Room | Department | Depart | Arrive | Depart |
|---|---|---|---|---|---|---|
| Law Library - Electronic Law Library Computer 7<br>computer 7 | School Officers Station 2nd | Library 224 | Library | | 07:30 | 08:30 |
| Meeting With Staff - Food Service Orientation<br>Food Service Orientation. Wear state blues and bring writing utensil. | Food Service Officer | Food Service | Food Services | | 09:00 | 09:40 |

VALID ONLY ON THE EFFECTIVE DATE PRINTED ABOVE

Exhibit C

THUMB CORRECTIONAL FACILITY

Housing Unit : DB

Offender Daily Schedule

Effective Date : 08/28/2024 ( Wednesday )

Offender : 175762- ALI, FATHIREE

Wing : B Lock : Bot - 096

| Callout / Assignment - Description | Reporting Station | Room | Department | Depart | Arrive | Depart |
|---|---|---|---|---|---|---|
| Meeting With Staff - CLASSIFICATION | School Officers Station 2nd | ROOM 211C | Classification | | 07:20 | 07:25 |
| Law Library - Electronic Law Library Computer 7<br>computer 7 | School Officers Station 2nd | Library 224 | Library | | 07:30 | 08:30 |
| Health Care (Other) - NP MASSEY<br>NP MASSEY | Health Care Lobby | H/C Lobby | Medical/Healthcare | | 08:55 | 09:30 |
| 694 - Food Service - FS-LW11 | Food Service Officer | | Food Services | | 11:15 | 19:30 |