MICHIGAN DEPARTMENT OF CORRECTIONS

CSX-175
REV. 05/14

# PROGRAM CLASSIFICATION REPORT

INITIAL CLASSIFICATION [X] RECLASSIFICATION [ ] YEARLY REVIEW [ ] UNIT: E2 LOCK: 148

| NUMBER | LAST NAME | FIRST NAME | D.O.B | RACE | INST | COUNTIES |
|---|---|---|---|---|---|---|
| 175762 | ALI | FATHIREE | 12/3/1963 | [✓] NW [ ] W | LCF | 1) 2) 3) |

| ARRIVAL DATE | LIFER | SGT PMI CAL | SGT PMX | SEX OFFENDER RISK SCORE | GATEPASS CLEARANCE |
|---|---|---|---|---|---|
| 7/11/2022 | [✓] YES [ ] NO | | | [ ] Low [ ] Med [ ] High [ ] N/A | II |

SERVING FOR OR HISTORY OF:
[✓] ESCAPE [ ] ARSON
[ ] SEX OFFENSE [ ] PREDATORY

**RELIGION**
Muslim

[redacted]

**Emergency Contact**

| LAST NAME | FIRST NAME |
|---|---|
| ALI | LUCINDA |

ADDRESS
P.O. BOX 13131

| CITY | STATE | ZIP |
|---|---|---|
| LANSING | MICHIGAN | 48901 |

| RELATIONSHIP | PHONE |
|---|---|
| Contact in Case of Emergency | 517 285 - 7859 |

| SECURITY CLASSIFICATION SCREEN | CONFINEMENT | MANAGEMENT | TRUE | ACTUAL | PROPERTY RISK | ASSAULT RISK | POTENTIAL VERY HIGH |
|---|---|---|---|---|---|---|---|
| | II | I | II | II | High | VH | [ ] Yes [✓] No |

| READING SCORE | MATH SCORE |
|---|---|
| 9.40 | 9.90 |

**PROGRAM RECOMMENDATION(S)**

| Rec. Master | Requirement | Origin | Create Date | Status | Program Detail | Termination Reason | Termination Date | LOC |
|---|---|---|---|---|---|---|---|---|
| INIT-Record Tr | Birth Certificate | CFA | 12/14/2021 | Closed | Records Office | Completed | 06/13/2022 | URF |
| INIT-Record Tr | VPP Moderate - Violence Pr | CFA | 01/31/2014 | Closed | Lifer | Does Not Meet Crite | 01/18/2017 | DRF |
| INIT-Record Tr | Academic | CFA | 01/29/2014 | Closed | None | Completed | 05/24/1981 | RMI |
| INIT-Record Tr | Career and Technical Couns | CFA | 12/21/2012 | Closed | Career Scope | Completed | 07/05/2006 | DRF |
| INIT-Record Tr | Career and Technical Educa | Offender Elec | 12/21/2012 | Closed | Machine Tool - Tier 2 | Completed | 11/28/2011 | ECF |
| INIT-Record Tr | Routine Work Assignment | CFA | 12/21/2012 | Waiting | None | | 00/00/0000 | LCF |

MEDICAL STATUS [ ] NO ASSIGNMENT [ ] LIGHT DUTY [ ] FULL DUTY

MEDICAL COMMENTS

**COMMENTS/CLASSIFICATION REVIEW SUMMARY**

694

PREFERS
654A-F1-03
744W
702L

Violence Risk Score [ ] High [ ] Medium [ ] Low

Recidivism Risk Score [ ] High [ ] Medium [ ] Low [ ] RPM

[ ] PERMISSION TO CONTACT GRANTED

[ ] I WAIVE THE 48 HOURS NOTIFICATION OF PROGRAM CLASSIFICATION

[ ] I HAVE BEEN ADVISED OF THE ABOVE CLASSIFICATION

PRISONER'S SIGNATURE 7/25/22 DATE

CLASSIFICATION DIRECTORS SIGNATURE 7/25/22 DATE

NOTIFICATION DATE TEAM MEMBER/COUNSELOR SIGNATURE DATE

EXHIBIT D