OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
330 FEDERAL BLDG
202 W. WASHINGTON ST.
PO BOX 698
MARQUETTE, MI 49855

OFFICIAL BUSINESS

KINGSFORD MI 498
07 SEP 2024 PM 1 T

US POSTAGE
FIRST-CLASS
062S0001443217
FROM 49855
S9910321
stamps.com

DB96 A

Fathiree Ali #175762
Thumb (MSP)
Thumb Correctional Facility
3225 John Conley Dr.
Lapeer, MI 48446

Received 9/16/24

4844632987

EXHIBIT
E