UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FATHIREE ALI,

    Plaintiff,

v

    NO. 1:22-cv-287

    HON. JANE M. BECKERING

KIRSTEN LOSINSKI,

    Defendant.

_____ /

## VERDICT

We, the jury, find the following:

1. **Did Defendant Kirsten Losinski violate Plaintiff Fathiree Ali's equal protection rights?**

   _____ Yes   or   __X__ No

*If you answered "yes" to the above question, you found in favor of Plaintiff; go to No. 2 to determine a damage award.*

*If you answered "no" to the above questions, you found in favor of Defendant, go to the end and sign; your deliberations are complete.*

2. **Damages**

   What amount will compensate Plaintiff Ali for the damages he sustained as a result of Defendant's actions?

(Select EITHER Compensatory/Actual Damages OR Nominal Damages, but NOT BOTH.)

    a.    **Compensatory/Actual Damages:** $_____

**OR**

If you found that Defendant Losinski violated Plaintiff Ali's rights, but also determined that Plaintiff did not sustain any compensatory damages, then you must return a verdict for Plaintiff in the nominal amount of one dollar.

    b.    **Nominal Damages:** $_____

1

  c.  **Punitive Damages:**

What amount of punitive damages, if any, is Plaintiff entitled to?

$_____

Signed,

_____    _____
Jury Foreperson              Date

Your Honor,
we have a verdict