UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FATHIREE ALI,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

Case No. 1:22-cv-287

HON. JANE M. BECKERING

_____/

## MEMORANDUM OPINION AND ORDER

Pending before the Court in this closed prisoner civil rights case is Plaintiff Fathiree Ali's "Request for Transcripts under 28 U.S.C. § 753(f) to Argue Substantial Claims for his Motion for New Trial and Appeal" (ECF No. 167). Defendant Kirsten Losinski filed a response in opposition (ECF No. 170). For the following reasons, the motion is properly denied.

Plaintiff, proceeding *in forma pauperis* (ECF No. 7), initiated this case in March 2022. The Court conducted a three-day jury trial in August 2025 on Plaintiff's Equal Protection claim against Defendant Losinski. On August 7, 2025, the jury returned a verdict in favor of Defendant Losinski (ECF No. 162). Plaintiff moves for a transcript of the three-day jury trial at the government's expense, citing, without elaboration, "factual and legal errors" during "pretrial, voir dire and trial court proceedings" (ECF No. 167 at PageID.1078).

Under 28 U.S.C. § 753(f), the government shall pay the fees for transcripts provided to an individual with pauper status if the trial judge certifies that the appeal is not frivolous but presents a "substantial question." *Amadasu v. Mercy Franciscan Hosp.*, 515 F.3d 528, 530 (6th Cir. 2008).

"Conclusory allegations in support of a request for free transcripts do not satisfy these requirements." *Id.* (citing *United States v. MacCollom*, 426 U.S. 317, 327 (1976) (holding a bare allegation of a claim is insufficient)). Plaintiff has wholly failed to attempt—let alone meet—the standard necessary to obtain such transcripts. Accordingly:

**IT IS HEREBY ORDERED** that "Request for Transcripts under 28 U.S.C. § 753(f) to Argue Substantial Claims for his Motion for New Trial and Appeal" (ECF No. 167) is DENIED.

Dated:  September 11, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge