UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
September 29, 2025 3:01 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: /9/30

FATHIREE ALI,
    Plaintiff,

vs

Case No. 1:22-cv-287
Honorable Jane M. Beckering

KIRSTEN LOSINSKI,
    Defendant.
_____/

PLAINTIFF'S RECONSIDERATION OF THE ORDER
DENYING MOTION FOR TRANSCRIPTS, (ECF No. 175)

Plaintiff Fathiree Ali, pro se, presents this motion for reconsideration under, W.D.Mich L.Civ.R 7.4(a), and Fed.R.Civ.P Rule 59(e), for the following reasons:

1. Defendant Kirsten Losinski filed a response in opposition to Plaintiff's request for transcripts on September 4, 2025.

2. Pursuant to the Western District Local Rules,7.2(c), Ali filed a reply to Losinski's response in opposition on September 15. (ECF ___). The reply was delivered to prison officials on the same date, and timely filed under the mailbox rule.

3. That said, in between the time for filing a reply, this Court issued a Memorandum Opinion and Order, denying Mr. Ali's "Request for Transcripts under 28 USC §753(f) to Argue Substantial Claims for his Motion for New Trial and Appeal," on September 11, 2025. (ECF No. 167).

4. That Opinion and Order was postmarked and mailed to Mr. Ali on September 13. [See Exhibit A]. Also postmarked for mailing was the Court's September 12, Opinion and Ordering denying Plaintiff's Motion to Stay Order for Bill of Costs." (ECF No. 171). Id.

RECONSIDERATION OF ORDER DENYING FOR MOTION FOR TRANSCRIPTS     Page 1 of 2.

5. Based on the prison facility incoming mail procedure, the Opinion and Orders arrived at the facility on September 17, and was delivered to Mr. Ali on September 18. Id.

6. Since the Order where issued during the Plaintiff's time for response and in transit, this Court should reconsider its ruling after consideration of Ali's reply.

CONCLUSION:

Based on the reasons stated, Plaintiff ask this Court to reconsider its ruling and grant him a copy of the transcripts for his Motion for New Trial.

Respectfully,

DATED: September 21, 2025

FATHIREE ALI, #175762
Thumb Corr. Facility
3225 John Conley, Dr.
Lapeer, MI 48446

7

DECLARATION OF MAILING

Plaintifff, Fathiree Ali, declare under the penalty of perjury that the following is true and correct, that on the 21st day of September, he handed the prison counselor an original of: PLAINTIFF'S RECONSIDERATION OF THE ORDER DENYING MOTION FOR TRANSCRIPTS to be mailed to: Jennifer Foster, Attorney General, at P.O. Box 30217, Lansing, MI, 48909.

DATED: September 21, 2025

FATHIREE ALI, #175762

NAME: FATHIREE ALI, #175762
Number: Thumb Corr. Facility
Address: 3225 John Conley Dr.
Address: Lapeer, MI  48446

METROPLEX MI 480

24 SEP 2025  AM 14 L



United States District Court
Western District of Michigan
602 Federal Bldg.
110 Michigan Ave., N.W.
Grand Rapids, MI  49508-2363

49503-230099