8

EXHIBIT A
U.S. District Court Postmarked Envelope w/Date of Receipt By Prison

Case 1:22-cv-00287-JMB-SJB   ECF No. 184-1, PageID.1225   Filed 09/29/25   Page 1 of 2

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
107 FEDERAL BUILDING
410 W. MICHIGAN AVE.
KALAMAZOO, MICHIGAN 49007

OFFICIAL BUSINESS

GRAND RAPIDS MI 493
13 SEP 2025 PM 3 L

$0.74
US POSTAGE IMI
FIRST-CLASS
063S0009121319
FROM 49007

DB 096

emailed 9/17/25
called _____

Fathiree Ali #175762
Thumb (MSP)
Thumb Correctional Facility
3225 John Conley Dr.
Lapeer, MI 48446

RECEIVED
SEP 17 2025
TCF MAILROOM

48446-298725

---

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
107 FEDERAL BUILDING
410 W. MICHIGAN AVE.
KALAMAZOO, MICHIGAN 49007

OFFICIAL BUSINESS

GRAND RAPIDS MI 493
13 SEP 2025 PM 4 L

$0.74
US POSTAGE IMI
FIRST-CLASS
063S0009121319
FROM 49007

DB 096

emailed 9/17/25
called _____

Fathiree Ali #175762
Thumb (MSP)
Thumb Correctional Facility
3225 John Conley Dr.
Lapeer, MI 48446

RECEIVED
SEP 17 2025
TCF MAILROOM

48446-298725