UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FATHIREE ALI,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

Case No. 1:22-cv-287

HON. JANE M. BECKERING

_____/

## **ORDER**

Pending before the Court in this closed prisoner civil rights case is Plaintiff Fathiree Ali's motion for reconsideration (ECF No. 184), seeking reconsideration of this Court's Order denying his request for transcripts at the government's expense (Order, ECF No. 175). In support of his motion, Plaintiff contends that this Court erred in deciding the matter without the benefit of his reply (ECF No. 184 at PageID.1223). However, there is no provision in this Court's Local Rules for the filing of a reply to a response to a nondispositive motion. *See* W.D. Mich. LCivR 7.3(c). Therefore, Plaintiff's motion for reconsideration is properly denied. *See* W.D. Mich. LCivR 7.4(a).

**IT IS SO ORDERED.**

Dated: October 14, 2025

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge